# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-1654
_____

NANCY WANNALL and GARY
WANNALL,

    Appellants,

    v.

GADSDEN COUNTY EMERGENCY
MEDICAL SERVICES, and TOWN
OF HAVANA,

    Appellees.

_____


On appeal from the Circuit Court for Gadsden County.
Francis Allman, Judge.

March 20, 2019


PER CURIAM.

Appellants seek review of an order granting summary judgment in favor of Appellees. We find any foreseeable zone of risk did not extend to Appellants. Accordingly, Appellees did not owe a duty of care to Appellants, and we affirm the trial court's order. *See Parker v. Murphy*, 510 So. 2d 990 (Fla. 1st DCA 1987) (affirming summary judgment in favor of the sheriff after a prisoner twice escaped and attacked appellant and her husband holding there was no special relationship between the sheriff and appellant, and thus, no duty of care).

AFFIRMED.

MAKAR, WINOKUR, and M.K. THOMAS, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————


Marie A. Mattox and James Garrity of Marie A. Mattox, P.A., Tallahassee, for Appellants.

William B. Armistead and Gwendolyn P. Adkins of Coppins Monroe, P.A., Tallahassee; and Jeff F. Dodson of McConnaughhay, Coonrod, Pope, Weaver & Stern, P.A., Tallahassee, for Appelles.